**COMMITMENT TO ANOTHER DISTRICT**
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA vs Saul Castellon-Carrillo | Docket Number   **FILED DEC 3 0 2008** CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK <br> Magistrate Case Number  1:08mj00310 GSA |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT   ☐ INFORMATION   ☐ COMPLAINT   ☒ OTHER (SPECIFY) Violation Petition

CHARGING A VIOLATION OF:   U.S.C. § SECTION

**DISTRICT OF OFFENSE** Southern District of CA

**DESCRIPTION OF CHARGES:** Violation of Supervised Release

**CURRANT BOND STATUS:** __ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
__ Government moved for detention and defendant detained pending detention hearing in District of Offense
__ Other (specify)

**Representation:** __ Retained Counsel   ☒ Federal Defender   __ CJA Attorney   __ None

**Interpreter Required?** __ No   ☒ Yes   Language: Spanish

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

12-30-08
Date

GARY S. AUSTIN, United States Magistrate Judge

**RETURN**

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____ DEPUTY MARSHAL |